Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
18022 Cowan, Suite 235
Irvine, California 92614
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
*Attorneys for Robert Turchin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-0161 KJM |
|---|---|
| Plaintiff, | ) Before the Hon. Edmund F. Brennan |
| vs. | ) |
| ANDREW KIMURA, PAVITAR DOSANGH SING, | ) **STIPULATION AND ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |
| aka "Peter Singh" aka "Pavitar Dosanjh Singh" MANGAL GILL, and ROBERT TURCHIN, | ) |
| Defendants. | ) |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release imposed on defendant, ROBERT TURCHIN, may be modified to allow him to travel to and within the State of Nevada between the dates of November 22, 2015 and November 29, 2015, without a court order, but with notification to pretrial.

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE
- 1

1  As discussed between counsel, Mr. Turchin has a pre-paid family vacation for the
2  Thanksgiving Holiday for the indicated time period in the State of Nevada and
3  requests permission to be able to travel and vacation with his family over the
4  Thanksgiving holiday as planned.  Mr. Turchin has discussed this with Pretrial
5  Services Officer Lorena Walton.
6  It is the request of the parties to modify the conditions of pretrial release which
7  would permit Mr. Turchin to travel to and throughout the State of Nevada with his
8  family for the Thanksgiving Holiday between the dates of November 22 through
9  November 29, 2015, provided he give notice to pretrial services.  Pretrial Services
10 Officer Lorena Walton is amenable to this request.

Dated: October 28, 2015

THE KROLIKOWSKI LAW FIRM
Adam J. Krolikowski, Esq.
for Defendant Robert Turchin

Dated: October 29, 2015

*Todd A. Pickles*
Todd A. Pickles, Esq.
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE

**IT IS SO ORDERED.**

Dated:  October 29, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS

OF PRETRIAL RELEASE - 2

Case 2:15-cr-00161-GEB   Document 55   Filed 10/30/15   Page 3 of 3