Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
18022 Cowan, Suite 235
Irvine, California 92614
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
*Attorneys for Robert Turchin*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW KIMURA, PAVITAR DOSANGH SING,<br>　　aka "Peter Singh"<br>　　aka "Pavitar Dosanjh Singh"<br>MANGAL GILL, and<br>ROBERT TURCHIN,<br><br>　　　　　　Defendants. | Case No.: 2:15-CR-0161 GEB<br><br>Before the Hon. Garland E. Burrell, Jr<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release imposed on defendant, ROBERT TURCHIN, may be modified to allow him to travel to and within the State of Nevada between the dates of December 28, 2016 and January 6, 2017, without a court order, but with notification to pretrial.

As discussed between counsel, Mr. Turchin has a pre-paid family vacation (purchased in April 2016) for the New Year's Holiday for the indicated time period

1. in the State of Nevada and requests permission to be able to travel and vacation
2. with his family over the New Year's holiday as planned.  Mr. Turchin has
3. discussed this with Pretrial Services.  The exact itinerary consists of departing from
4. San Jose, CA on December 29, 2016 at 12:20 p.m. and returning January 06, 2017 at
5. 4:20 p.m. by Southwest Airline.  Mr. Turchin's stay consists of December 29 to
6. January 02 at the Wyndham Grand Desert, 265 East Harmon Ave, Las Vegas and
7. January 02 to January 06 at the Marriott Grand Chateau, 75 East Harmon Ave, Las
8. Vegas.  This will be a time spent with family together for New Year's.
9.  It is the request of the parties to modify the conditions of pretrial release which
10. would permit Mr. Turchin to travel to and throughout the State of Nevada with his
11. family for the New Year's Holiday between the dates of December 28, 2016 and
12. January 6, provided he give notice to pretrial services.  Pretrial Services is
13. amendable to this request.

Dated: December 16, 2016               ___Adam J. Krolikowski_____
                                       THE KROLIKOWSKI LAW FIRM
                                       Adam J. Krolikowski, Esq.
                                       for Defendant Robert Turchin

Dated: December 16, 2015               ___*Todd A. Pickles*_____
                                       Todd A. Pickles, Esq.
                                       Assistant U.S. Attorney
                                       U.S. ATTORNEY'S OFFICE

**IT IS SO ORDERED.**

Dated:  December 16, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE