1  Adam J. Krolikowski (SBN 202946)
2  THE KROLIKOWSKI LAW FIRM
3  18022 Cowan, Suite 235
   Irvine, California 92614
4  T. (949) 269-1869
   F. (949) 269-1868
5  Email: adam@usethelaw.com
6  *Attorneys for Robert Turchin*

**FILED**

DEC 1 6 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Case No.: 2:15-CR-0161 GEB
11                                   )  Before the Hon. Garland E. Burrell, Jr
                    Plaintiff,       )
12                                   )
13  vs.                              )  **STIPULATION AND [PROPOSED]**
14                                   )  **ORDER TO MODIFY THE**
    ANDREW KIMURA, PAVITAR           )  **CONDITIONS OF PRETRIAL**
15  DOSANGH SING,                    )  **RELEASE**
16      aka "Peter Singh"            )
        aka "Pavitar Dosanjh Singh"  )
17  MANGAL GILL, and                 )
18  ROBERT TURCHIN,                  )
                                     )
19                                   )
                    Defendants.      )
20  _____ )

21

22  THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of

23  pretrial release imposed on defendant, ROBERT TURCHIN, may be modified to

24  allow him to travel to and within the State of Nevada between the dates of

25  December 28, 2016 and January 6, 2017, without a court order, but with

26  notification to pretrial.

27  As discussed between counsel, Mr. Turchin has a pre-paid family vacation

28  (purchased in April 2016) for the New Year's Holiday for the indicated time period

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS
OF PRETRIAL RELEASE

1   in the State of Nevada and requests permission to be able to travel and vacation
2   with his family over the New Year's holiday as planned.  Mr. Turchin has
3   discussed this with Pretrial Services.  The exact itinerary consists of departing from
4   San Jose, CA on December 29, 2016 at 12:20 p.m. and returning January 06, 2017 at
5   4:20 p.m. by Southwest Airline.  Mr. Turchin's stay consists of December 29 to
6   January 02 at the Wyndham Grand Desert, 265 East Harmon Ave, Las Vegas and
7   January 02 to January 06 at the Marriott Grand Chateau, 75 East Harmon Ave, Las
8   Vegas.  This will be a time spent with family together for New Year's.
9    It is the request of the parties to modify the conditions of pretrial release which
10  would permit Mr. Turchin to travel to and throughout the State of Nevada with his
11  family for the New Year's Holiday between the dates of December 28, 2016 and
12  January 6, provided he give notice to pretrial services.  Pretrial Services is
13  amendable to this request.

14
15  Dated: December 16, 2016                        Adam J. Krolikowski
                                                    THE KROLIKOWSKI LAW FIRM
16                                                  Adam J. Krolikowski, Esq.
17                                                  for Defendant Robert Turchin
18
19  Dated: December 16, 2015                        Todd A. Pickles
                                                    Todd A. Pickles, Esq.
20                                                  Assistant U.S. Attorney
21                                                  U.S. ATTORNEY'S OFFICE
22
23  **IT IS SO ORDERED.**
24
25  Dated:  December 16, 2016
26
27
                                                    DEBORAH BARNES
28                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CONDITIONS
OF PRETRIAL RELEASE