1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   ROSANNE L. RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. CASE NO. 2:15-CR-00161 GEB |
|---|---|
| Plaintiff, | **STIPULATION RE: EARLY PRODUCTION OF GRAND JURY TESTIMONY AND LIMITED DISCLOSURE OF SEALED DOCUMENTS; [PROPOSED] ORDER** |
| v. | |
| ROBERT TURCHIN, | |
| Defendant. | |

16

17                          **STIPULATION**

18       The United States, through Assistant United States Attorneys Todd A. Pickles and Rosanne L.

19  Rust, and the defendant, Robert Turchin, through his counsel of record Adam J. Krolikowski, Esq., hereby

20  stipulate to the following:

21       1.     This matter is currently set for trial before this Court on June 19, 2018.

22       2.     To the extent that any of the witnesses who the United States will call in its case-in-chief

23  have previously testified before the Grand Jury regarding the subject-matter of their testimony, the

24  transcripts of their testimony would fall within the provisions of the Jencks Act, 18 U.S.C. § 3500, *et seq.*

25       3.     In order to facilitate the efficient presentation of evidence by both parties, the parties

26  believe it is in the interests of justice to permit early disclosure of any Grand Jury testimony subject to the

27  Jencks Act.

28

STIPULATION AND [PROPOSED] ORDER                    1

1      4.      Accordingly, the parties hereby agree that pursuant to Rule 6(e)(3)(E)(1) of the Federal

2   Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, the

3   United States shall be permitted to produce to counsel for the defendant a copy of any Grand Jury

4   testimony of any witness that the United States intends to call as a witness in its case-in-chief.

5      5.      Additionally, in order to fulfill its constitutional obligations under *Giglio v. United States*,

6   405 U.S. 150 (1972), and its progeny, the United States must disclose to the defense certain documents

7   previously sealed by order of this Court at 2:15-cr-139 GEB, Dckt. No. 12, and 2:15-cr-161 GEB, Dckt.

8   No. 112.

9      6.      Accordingly, the parties agree that the United States shall be permitted to disclose and

10  produce to counsel for the defendant a copy of Document No. 12 in 2:15-cr-139 GEB and Document No.

11  112 in 2:15-cr-161 GEB.

12     7.      The parties further agree and stipulate that any such Grand Jury transcripts produced by the

13  United States, the sealed documents referenced above, or any other documents relating to any cooperating

14  witness shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant

15  shall not disclose or provide copies of such documents, or summaries of their contents, to any individuals

16  other than the defendant or any individuals that counsel has retained for the defense in this case.  Nothing

17  in this provision limits the ability of counsel to use the transcript, sealed documents, or any other

18  document relating to any cooperating witness, or portions thereof, in official proceedings before this

19  Court, including trial, provided that counsel for the defense gives sufficient notice to the United States to

20  permit the United States to timely object to their public use at trial.

21     IT IS SO STIPULATED.

22  Dated: May 17, 2018                              McGREGOR W. SCOTT
                                                     United States Attorney
23

24                                                   */s/ Todd A. Pickles*
                                                     TODD A. PICKLES
                                                     ROSANNE L. RUST
25                                                   Assistant United States Attorneys

26  Dated:  May 18, 2018                             *Adam J. Krolikowski*
                                                     ADAM J. KROLIKOWSKI, ESQ.
27                                                   Counsel for Defendant Robert Turchin

28

# ORDER

This matter came before the Court on the parties' Stipulation for Early Production of Grand Jury Testimony and Limited Disclosure of Sealed Documents. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT:

1.    Pursuant to Rule 6(e)(3)(E)(1) of the Federal Rules of Criminal Procedure, the United States is permitted to produce to defendant copies of the transcripts of any Grand Jury testimony by any witness the United States presently intends to call as a witness at trial; and

2.    The United States is further permitted to disclose to the defense Document No. 12 in 2:15-cr-139 GEB and Document No. 112 in 2:15-cr-161 GEB.

3.    Any documents so produced or disclosed shall be used only for purposes of this criminal trial.

       IT IS SO FOUND AND ORDERED.

       Dated: May 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge