1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   ROSANNE RUST
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00161 GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; [PROPOSED] ORDER |
| v. | |
| ROBERT TURCHIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mangal Gill, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on September 21, 2018. The Probation Officer had scheduled an interview of the defendant to occur by July 30, 2018. Due to a medical emergency involving a family member of the defendant, the interview with the defendant was postponed and a new date has not yet been scheduled.

2. By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to November 2, 2018 in order to permit the Probation Officer the opportunity to interview the defendant, and the defense the opportunity to prepare its sentencing materials. Absent unforeseen circumstances, the United States will oppose any further requests to continue the sentencing.

3. Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud, in violation of 18 U.S.C. § 371, and of identity fraud, in violation of 18 U.S.C. § 1028(a0(1), the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

4. Additionally, the defendant expressly agrees that he will appear before the Court on the date of November 2, 2018 at 9:00 a.m., and acknowledges that his failure to appear on that date may result in his immediate incarceration, and that the United States may file additional charges for his failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case.

5. Counsel for the defense agree that they will provide a copy of the stipulation and the Court's order to their client.

IT IS SO STIPULATED.

DATED: July 31, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: July 31, 2018  */s/ Adam Krolikowski (as authorized on 7/31/18)*
ADAM KROLIKOWSKI ESQ.
RYAN NAVARRE, ESQ.

For defendant ROBERT TURCHIN

**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for September 21, 2018 is continued to November 2, 2018 at 9:00 a.m. Defendant Robert Turchin is ordered to appear in Court on that date at that time. All dates previously set for the filing of documents with the Court are reset consistent with judgment and hearing date of November 2, 2018.

IT IS SO ORDERED.

Dated: August 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge