UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT TURCHIN,<br><br>　　　　Defendant. | No. 2:15-cr-00161-GEB<br><br>**ORDER DENYING REQUEST TO CHANGE DATE ON WHICH DEFENDANT COMMENCES SERVING HIS PRISON SENTENCE** |

　　　　On January 23, 2019, Defendant Robert Turchin filed an application for "a 60-day continuance of the date he must commence serving his prison sentence, from the currently scheduled surrender date of January 31, 2019 at 2:00 p.m. to the proposed new surrender date of April 1, 2019 at 2:00 p.m. Appl. at 1:19-22, ECF No. 237. The United States opposes the application arguing "there is no jurisdiction to alter the judgment's provision for the commencement date of imprisonment and although Turchin plans at some future date to file a motion for bail pending appeal, he is not doing so now. Therefore, Turchin's request should be denied because there is no legal basis to modify his surrender date." Opp'n at 1:20-23, ECF No. 242. Turchin replies arguing that "the same jurisdiction that authorizes this Court to grant release under the Bail Reform Act extends to the instant application." Reply at 3:16-17, ECF No. 243. However, Turchin concedes he is not now arguing in the

1

district court for an order under the Bail Reform Act.

"Federal courts are courts of limited jurisdiction. 'They possess only that power authorized by Constitution and statute.' The burden of establishing federal jurisdiction is on the party invoking federal jurisdiction." United States v. Marks, 530 F.3d 799, 810 (9th Cir. 2008) (citations omitted) (quoting Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994)); see also United States v. Afremov, (8th Cir. 2010) 611 F.3d 970, 975 ("The burden of establishing that a cause lies within the limited jurisdiction of the federal courts is on the party asserting jurisdiction: in this instance, the burden is on [the movant].").

Since Turchin has not shown that the district court has jurisdiction to modify the surrender date in the judgment, his application is denied.

Dated: January 29, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge