Meredith Fahn, Attorney at Law (SBN 154467)
1702-L Meridian Ave. #151
San Jose, CA 95125
Tel. (408)947-1512
fahn@sbcglobal.net

Attorney for Defendant, Robert Turchin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TURCHIN,<br><br>Defendant. | No. 2:15-CR-00161-4<br><br>Before the Honorable Garland E. Burrell, Jr.<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SHORTENING OF TIME AND BRIEFING SCHEDULE FOR MOTION FOR RELEASE PENDING APPEAL** |

In defendant's pending appeal, the Court of Appeals has issued an order staying defendant's surrender date to February 14, 2019, at 2:00 p.m. PST, to allow for adjudication of a motion for release on bail pending appeal. In light of that order, the parties stipulate to shortening of time for filing and adjudication on papers of a motion for release in this Court, and to the following briefing schedule:

On Monday February 4, 2019, by 12:00 p.m. (noon), the defendant will file his motion for release on bail pending appeal;

1

On Friday February 8, 2019, by 11:59 p.m., the United States will file its opposition to defendant's motion for release on bail pending appeal; and

On Monday February 11, 2019, by 9:00 a.m.— the defendant will file a reply brief, if any.

DATED:  January 31, 2019  /s/ Meredith Fahn
Meredith Fahn
Counsel for Defendant, Robert Turchin

MCGREGOR W. SCOTT
United States Attorney

DATED:  January 31, 2019  By: /s/ Rosanne Rust
Rosanne L. Rust, Assistant United States Attorney

SO ORDERED.

Dated:  January 31, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge