UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-161-WBS |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT TURCHIN, | |
| Defendant. | |

----oo0oo----

On February 12, 2019, Judge Burrell filed an extensive and reasoned Order denying defendant Robert Turchin's Motion for Release on Bail Pending Appeal. ECF No. 252. Presently before the court is Turchin's Renewed Motion for Release on Bail Pending Appeal, filed on January 3, 2020. ECF No. 262. The renewed motion does not appear to be based upon any newly discovered evidence or intervening change in the controlling law, nor does it appear to raise any arguments which were not raised or could not have been raised in the first motion. See United States v. Vasquez, Cr. No. 2:11-101 WBS, 2014 WL 2548638, *1 (E.D. Cal.

1

June 5, 2014).

The only new development since the denial of the original motion appears to be that the renewed motion was filed on the day after Judge Burrell's publicly announced retirement and the reassignment of this case to a different judge. As such, the motion appears to be simply an effort to obtain a different ruling from a different judge. Judge Burrell's decision was not clearly erroneous or manifestly unjust. See id. Upon review of the renewed motion, this court finds no reason to change, modify, or depart from Judge Burrell's decision denying the original motion.

IT IS THEREFORE ORDERED that defendant Robert Turchin's Renewed Motion for Release on Bail Pending Appeal (ECF No. 262) be, and the same hereby is, DENIED.

Dated: January 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE