PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-161 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ROBERT TURCHIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 25, 2022, the Ninth Circuit filed its formal mandate, ordering that its judgment entered on January 3, 2022, was now effective. On February 28, 2022, that mandate was filed in the district court case. ECF No. 283. In its January 3rd opinion, the Court affirmed in part, reversed in part, and vacated in part defendant Robert Turchin's jury convictions from a trial in 2018, arising from his participation in a scheme to issue California commercial driver licenses to drivers who had not passed the required tests. In particular, the Court affirmed defendant's conviction for conspiring to commit bribery. However, the Court vacated defendant's convictions for conspiring to commit identity fraud and the three substantive convictions for committing identity fraud in violation of 18 U.S.C. § 1028(a)(1). Although the Court vacated those convictions, it remanded the case for potential retrial of

1  those charges.

2      2.    On March 2, 2022, the Court issued a minute order setting this case for a status
3  conference on April 11, 2022, at 9:00 a.m.  ECF No. 284.

4      3.    By stipulation, the parties sought to exclude time between March 2, 2022, and the
5  scheduled status hearing on April 11, 2022, under 18 U.S.C. § 3161(e).  ECF Nos. 285 & 286.

6      4.    The parties now seek to vacate the April 11, 2022 status hearing, and reschedule it for
7  May 9, 2022, at 9:00 a.m.

8      5.    The parties also agree and stipulate, and request that the Court find the following:

    a)    Counsel for defendant was appointed earlier this year by the Court to handle the defendant's case on remand, and counsel is new to the case not having represented defendant at any point previously in the litigation.  Given that and defense counsel's obligations in her other criminal cases, defense counsel needs additional time to continue reviewing the case materials, consult further with her client, and to conduct investigation and research related to the vacated jury convictions that are now subject to retrial.

    b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)    The government is also still in the process of evaluating a re-trial of the vacated jury convictions, which originally took place over three years ago, including trying to locate and contact witnesses necessary to re-try the case, some of whom are retired or require the assistance of an interpreter to communicate with.

    d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2022 to May 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(e) because it results from counsel for the parties needing to evaluate a re-trial of the vacated convictions, and new defense counsel needing time to consult with her client after conducting research and evidence review related to the remanded charges.

    6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

       IT IS SO STIPULATED.

Dated:  April 6, 2022                           PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ ROSANNE L. RUST
                                                       ROSANNE L. RUST
                                                       Assistant United States Attorney

Dated:  April 6, 2022                           /s/ CANDICE FIELDS
                                                       CANDICE FIELDS
                                                       Counsel for Defendant
                                                       Robert Turchin

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 6, 2022

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT      3