PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-161 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ROBERT TURCHIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 25, 2022, the Ninth Circuit filed its formal mandate, ordering that its judgment entered on January 3, 2022, was now effective. On February 28, 2022, that mandate was filed in the district court case. ECF No. 283. In its January 3rd opinion, the Court affirmed in part, reversed in part, and vacated in part defendant Robert Turchin's jury convictions from a trial in 2018, arising from his participation in a scheme to issue California commercial driver licenses to drivers who had not passed the required tests. In particular, the Court affirmed defendant's conviction for conspiring to commit bribery. However, the Court vacated defendant's convictions for conspiring to commit identity fraud and the three substantive convictions for committing identity fraud in violation of 18 U.S.C. § 1028(a)(1). Although the Court vacated those convictions, it remanded the case for potential retrial of

1  those charges.

2      2.    The matter is currently set for a status hearing on May 9, 2022, at 9:00 a.m.  ECF No.
3  288.

4      3.    The parties now seek to vacate the May 9, 2022 status hearing, and reschedule it for June
5  6, 2022, at 9:00 a.m.

6      4.    The parties also agree and stipulate, and request that the Court find the following:

    a)    Counsel for defendant was appointed earlier this year by the Court to handle the defendant's case on remand, and counsel is new to the case not having represented defendant at any point previously in the litigation.  Given that and defense counsel's continued obligations in her other criminal cases, defense counsel requires additional time to continue reviewing the case materials, consult further with her client, who is in currently located in Salinas, California, and to conduct additional investigation and research related to the vacated jury convictions that are now subject to retrial.

    b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)    The government is also still in the process of evaluating a re-trial of the vacated jury convictions, which originally took place over three years ago, including locating and contacting witnesses who are necessary to re-try the case, some of whom are retired or require the assistance of an interpreter to communicate with.

    d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 9, 2022 to June 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(e) because it results from counsel for the parties needing to evaluate a re-trial of the vacated convictions, and new defense counsel requiring additional time to consult with her client after concluding her research and evidence review related to the remanded charges.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 4, 2022                                    PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ ROSANNE L. RUST
                                                      ROSANNE L. RUST
                                                      Assistant United States Attorney

Dated: May 4, 2022                                    /s/ CANDICE FIELDS
                                                      CANDICE FIELDS
                                                      Counsel for Defendant
                                                      Robert Turchin

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE