CANDICE L. FIELDS
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorneys for Defendant
Robert Turchin

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00161-WBS |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| ROBERT TURCHIN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 25, 2022, the Ninth Circuit filed its formal mandate, ordering that its judgment entered on January 3, 2022, was now effective. On February 28, 2022, that mandate was filed in the district court case. ECF No. 283. In its January 3rd opinion, the Court affirmed in part, reversed in part, and vacated in part defendant Robert Turchin's jury convictions from a trial in 2018, arising from his participation in a scheme to issue California commercial driver licenses to drivers who had not passed the required tests. In particular, the Court affirmed defendant's conviction for conspiring to commit bribery. However, the Court vacated defendant's convictions for conspiring to commit identity fraud and the three substantive convictions for committing identity fraud in violation of 18 U.S.C. § 1028(a)(1). Although the Court vacated those convictions, it remanded the case for potential retrial of those charges.

2.	The matter is currently set for a status hearing on June 6, 2022, at 9:00 a.m.  ECF No. 290.

3.	The parties now seek to vacate the June 6, 2022 status hearing, and reschedule it for **June 21, 2022, at 9:00 a.m**.

4.	The parties also agree and stipulate, and request that the Court find the following:

 a)	Counsel for defendant was appointed earlier this year by the Court to handle the defendant's case on remand, and counsel is new to the case not having represented defendant at any point previously in the litigation.  Given that and defense counsel's continued obligations in her other criminal cases, defense counsel requires additional time to continue reviewing the case materials, consult further with her client, who is in currently located in Salinas, California, and to conduct additional investigation and research related to the vacated jury convictions that are now subject to retrial.

 b)	Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 c)	The government is also still in the process of evaluating a re-trial of the vacated jury convictions, which originally took place over three years ago, including locating and contacting witnesses who are necessary to re-try the case, some of whom are retired or require the assistance of an interpreter to communicate with.

 d)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2022 to June 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(e) because it results from counsel for the parties needing to evaluate a re-trial of the vacated convictions, and new defense counsel requiring additional time to consult with her client after concluding her research and evidence review related to the remanded charges.

5.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 30, 2022								PHILLIP A. TALBERT
											United States Attorney


											/s/ ROSANNE L. RUST
											ROSANNE L. RUST
											Assistant United States Attorney


Dated:  May 30, 2022								/s/ CANDICE L. FIELDS
											CANDICE L. FIELDS
											Counsel for Defendant
											Robert Turchin

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE