IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT TURCHIN,<br><br>　　　　　Defendant. | CASE NO. 2:15-CR-00161-WBS-4<br><br>**ORDER RE: REQUEST FOR TRANSPORTATION AND SUBSISTENCE ORDER PURSUANT TO 18 U.S.C. §4285** |

**ORDER**

The Court, having considered the defendant's Request For Transportation And Subsistence Order Pursuant To 18 U.S.C. §4285, finds as follows:

Mr. Turchin has been ordered to appear in the Eastern District of California on October 17, 2022, for his sentencing hearing before Judge Shubb. [ECF No. 301.] He is currently serving his BOP sentence on home confinement in Salinas, California which is within the Northern District of California. It is anticipated that he will be granted a furlough by BOP wherein he will travel to Sacramento on October 16, 2022. After appropriate inquiry, the Court is satisfied that the defendant is financially unable to pay for the necessary transportation to appear before the required court in this District on his own.

The interests of justice would be served by an Order directing the United States marshal to arrange for the defendant's means of noncustodial transportation or furnish the fare for his noncustodial transportation to Sacramento via his personally owned automobile ($115.00), and directing the United

States marshal to furnish him with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code ($51.75).

Counsel for defendant is instructed to provide the marshal with a copy of this Order. The marshal shall comply with this Order or provide the Court with any basis for noncompliance within five (5) business days of receipt of this Order.

IT IS SO ORDERED.

Dated: September 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER RE: REQUEST FOR TRANSPORTATION AND SUBSISTENCE ORDER PURSUANT TO 18 U.S.C. §4285

2